UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**UNITED STATES OF AMERICA**

      **PLAINTIFF**

vs.                            CIVIL NO. 2:06CV00032-P-B

**ONE 2004 JOHN DEERE TRAIL BUCK
EX ATV 4X4, PRODUCT IDENTIFICATION
NUMBER MOGKBC5011054,**                **DEFENDANT**

## ORDER LIFTING STAY

That on August 2, 2006, this Court entered its Order staying the proceedings in this cause. Before the Court now is the motion of the Plaintiff to lift the previously imposed stay.

The Court finds that said motion is well-taken and should be granted. It is, therefore

ORDERED that the stay of this action previously imposed by this Court in its Order entered on August 2, 2006, which stayed all proceedings in this case, is lifted and this cause is allowed to proceed on the docket of the Court for further proceedings.

So ORDERED AND ADJUDGED this the 23rd day of August, 2007.

                                            /s/ W. Allen Pepper, Jr.
                                            W. ALLEN PEPPER, JR.
                                            UNITED STATES DISTRICT JUDGE